# 1001.1—1001.3: Document Security, Inquiries and Freedom of Information Act Requests

## Policy 1001.1: Confidentiality and Security

**Confidentiality**

All Hotline investigations and inclusive documents require strict adherence to confidentiality standards.

- Hotline cases should not be discussed except by the IAD, OSIG-authorized personnel or others included on a "need-to-know" basis.
- Hotline Investigative/Complaint Report sheets shall not be shared, except among individuals conducting the investigation.
- The State Inspector General or designee is authorized to distribute or release Hotline reports.
- All documents, working papers, notes and reports dealing with an investigation shall be marked "Confidential State Fraud, Waste and Abuse Hotline Document."
- Interviews and investigation information should not be shared, discussed or given to anyone who does not have a legitimate need for access.
- Strict confidentiality must be maintained throughout the entire Hotline investigation.

**Physical Security**

All Hotline documents must be maintained in a secured environment. All custodians of Hotline documents, such as IADs and OSIG staff shall maintain all information supporting Hotline investigations in a secured location. All such information, documentation, etc. is the property of OSIG and shall be identified as such. OSIG may request that supporting information and documentation accompany formal reports.

**Written Communications**

- Hotline reports and other sensitive documents should be transmitted electronically between OSIG and state agencies that possess digital encryption capabilities, or agreed upon password protected documents.
- Commonwealth inter-agency mail should never be used to send Hotline information/documents.
- Fax communications and correspondence via the United State Postal Service (USPS) are permitted under certain circumstances only after prior discussion with OSIG.

10