**Office of the State Inspector General**
**EMPLOYEE WORK PROFILE – Jennifer Moschetti**
**WORK DESCRIPTION/PERFORMANCE PLAN**

> Parts I, II, III, and IV are written or reviewed by the supervisor and discussed with the employee at the beginning of the evaluation cycle.

## PART I – Position Identification Information

| | | | |
|---|---|---|---|
| 1. | **Position Number:** 00035 | 2. | **Agency Name & Code; Division/Department:**  Office of the State Inspector General - 147 |
| 3. | **Work Location Code:** Richmond 760 | 4. | **Occupational Family & Career Group:** Audit and Management Services #19190 |
| 5. | **Role Title & Code:** Auditor II, #19192 | 6. | **Pay Band:** 5 |
| 7. | **Work Title:** Senior Internal Auditor/Investigator | 8. | **SOC Title & Code:** Auditor Senior – Internal; 23442 |
| 9. | **Level Indicator:**  ☒ Employee  ☐ Supervisor  ☐ Manager  **Employees Supervised:** Does employee supervise 2 or more employees (FTEs)?  ☐ Yes  ☒ No | 10. | **FLSA Status:**  ☒ Exempt  ☐ Non-Exempt  Exemption/Partial Exemption Test (if applicable): |
| 11. | **Supervisor's Position Number:** 00032 | 12. | **Supervisor's Role Title & Code:** Investigations Manager 33-1010 |
| 13. | **EEO Code:** BS | 14. | **Effective Date:** January 10, 2020 |

## PART II – Work Description & Performance Plan

**15.  Organizational Objective:** Office of the State Inspector General (OSIG)

The Office of the State Inspector General, on behalf of the citizens of the Commonwealth, serves as a catalyst for positive change by: facilitating good stewardship of resources; deterring fraud, waste, abuse and corruption; advocating efficiency and effectiveness; and promoting integrity and ethical conduct.

**16.  Purpose of Position:**
Under the direction and guidance of the Investigations Manager and the Chief of Investigations, this position is responsible for managing and conducting thorough administrative inquiries, investigations and audits of incidents or allegations of fraud, waste, abuse and corruption reported to the State Fraud, Waste and Abuse Hotline in compliance with Governor's Executive Order #52 (2012). Responsible for assisting with the development and implementation of prevention activities to reduce vulnerability of the COVA to fraud, waste, abuse or corruption. Provides independent and objective technical, consulting, and audit assistance upon request. Works to provide an effective and efficient method for citizens and state employees to report fraud, waste and abuse through the administration of the State Fraud, Waste and Abuse Hotline and the Whistle Blower Protection Act.

| | |
|---|---|
| 17. | **KSA's and or Competencies required to successfully perform the work (attach Competency Model, if applicable):** |

Working knowledge and experience with methods and techniques meeting legal and accepted professional standards in conducting complex administrative investigations. Working knowledge of applicable federal and state statues and administrative policies. Knowledge of procedures used to identify, prepare, examine, analyze and preserve evidence. Ability to communicate effectively and establish and maintain effective relationships with COVA agency managers and personnel, OSIG counterpart agencies, citizens and the general public. Demonstrated ability to analyze financial and non-financial data to arrive at logical conclusions and to identify areas of audit/investigative concern. Demonstrated initiative and creativity in developing audit/investigative objectives, procedures, and work plans. Ability to use computer-assisted audit/investigative techniques, as well as proficient skills in Microsoft Office (Word, Excel, Access, PowerPoint, SharePoint, and Outlook). Ability to coordinate and manage special projects. Ability to work independently; possession of good interpersonal skills. Ability to interpret pertinent laws and regulations to specific situations. Good general working knowledge of accounting systems and information systems. Knowledge of what comprises competent, evidential matter; and understanding of internal controls.

**18. Education, Experience, Licensure, Certification required for entry into position:**
BS/BA in Accounting, Finance, Criminal Justice and/or Information Systems or the equivalent accounting/investigative work experience; CPA, CIA, CFE, or CISA preferred. Possession of a valid Virginia DMV operator license.

| % Time | 19. Core Responsibilities | 20. Measures for Core Responsibilities |
|---|---|---|
| | A. Performance Management (for employees who supervise others) N/A | **Examples of Measures for Performance Management:** |
| 45% | B. Administers the State Fraud, Waste, and Abuse Hotline:<br><br>Responds to Hotline calls; interviews callers; documents allegations and concerns in complaint summaries. | • Prepares complaint summaries to document allegations; notates sufficient details, as illustrated in the State Fraud, Waste, and Abuse Hotline Policies and Procedures Manual.<br>• Documents citizen concerns or complaints in accurate and thorough summaries. Summaries are clear, concise and written in language that is easy to understand.<br>• Completes Hotline case write-ups within two business days of receipt.<br>• "Screens out" applicable Hotline calls, concerns or complaints in accordance with established Hotline procedures.<br>• Follows up with Hotline callers as required to obtain additional details, when requested by auditors/investigators.<br>• Inputs new Hotline case records into the database as needed. |

| | | |
|---|---|---|
| 25% | C. Case Investigation and Case Management: Conducts and manages Hotline case investigations. | • Conducts complete and thorough investigations.<br>• Plans appropriate courses of action.<br>• Conducts appropriate interviews to elicit complete and truthful statements, in accordance with established guidelines.<br>• Identifies, collects and evaluates evidence.<br>• Analyzes financial data and prepares spreadsheets, charts, and related aids which serve to explain a method, technique or pattern of activity.<br>• Completes cases in cost effective manner using proper investigative techniques, tools and equipment, including new technologies, in compliance with OSIG policies.<br>• Completes assignments within established time frames.<br>• Properly reviews, documents, and relays to management, matters regarding state agency internal controls, etc., that may not be directly related to the allegations, but have been discovered or disclosed.<br>• Investigations should be completed within 60 days or less in accordance with the Hotline policies and procedures. |
| 15% | D. Case Reports: Prepares and submits written reports to document investigation activities, and relevant evidence obtained. | • Prepares and submits complete and thorough written reports of investigations.<br>• Reports are well written, clear, concise and free of grammatical errors.<br>• Reports accurately document investigation activities and inquiries.<br>• Reports summarize interview and interrogation statements, and identify physical evidence or relevant circumstances.<br>• Reports reflect responsible conclusions based on documented evidence, and effectively support determinations regarding corrective action.<br>• Completes Hotline investigation recommendation follow-up reviews for selected agencies professionally and timely.<br>• Completes Work Paper review of Hotline investigation completed by Agency Internal Audit Departments or Hotline Coordinators professionally and timely.<br>• Reports for investigations are completed and submitted within established timeframe of 60 days or less. |
| 5% | E. Administrative and Collateral Responsibilities: | Completes required administrative, travel, personnel, fiscal, security, and other forms. Completes other duties or functions relevant to the mission of the Office of the State Inspector General or the Hotline program, as assigned. |

| 10% | F. Assists Hotline Projects as Assigned: <br><br> 1. Assists with the updating of the Hotline Policies and Procedures Manual. <br><br> 2. Assists with the updating of the Whistle Blower Protection Act Policies and Procedures Manual. <br><br> 3. Assists with Hotline statistical reporting as needed. <br><br> 4. Represents the Hotline and the OSIG agency at locality fairs and events. | Participates in 1-3 events to promote the Hotline at locality fairs and events. |
|---|---|---|
|  |  |  |

100%

| 21. Special Assignments | 22. Measures for Special Assignments |
|---|---|
| A. Other Assignments: | Performs other duties as assigned within the OSIG. Effectively assists the OSIG, or other state government agency in the event of an emergency declaration by the Governor. |
|  |  |

Optional

| 23. Agency/Departmental Objectives | 24. Measures for Agency/Departmental Objectives |
|---|---|
| A. Code of Ethics - Demonstrates a commitment to being a trustworthy steward of assigned resources. Acts with integrity and truthfulness in the performance of duties. Uses role solely for the public good versus private gain. Abides by all applicable laws, regulations, and policies. | 1. Employee complies with the OSIG's Code of Ethics. <br> 2. For employees who supervise other employees, ensures employees are aware of and in compliance with the OSIG Code of Ethics. |
| B. OSIG Strategic Plan: - Demonstrates support and commitment to the successful accomplishment of the agency's strategic plan. | Assists in the development and implementation of the strategic plan as requested and successfully meets all deadlines. |

This page is printed separate from the remainder of the Work Description/Performance Plan because it contains confidential employee information.

## PART III – Employee Development Plan

**25. Personal Learning Goals**

**26. Learning Steps/Resource Needs**
Supervisor will support certification and training efforts by approving payment for registrations and other related charges and authorizing time to attend relevant events in accordance with appropriate policies and procedures.

## Part IV - Review of Work Description/Performance Plan

| 27. Employee's Comments: | Signature: *[signed] Jennifer Moschetti*<br><br>**Print Name:** Jennifer Moschetti | Date: 2-6-2020 |
|---|---|---|
| 28. Supervisor's Comments: | Signature: *[signed]*<br><br>**Print Name:** Richard Scholl | Date: 02/10/2020 |
| 29. Reviewer's Comments: | Signature: *[signed] Katrina Goodman*<br><br>**Print Name:** Katrina Goodman | Date: 2-10-2020 |

# EMPLOYEE WORK PROFILE
## AGENCY OPTIONAL SECTIONS

**Confidentiality Statement:**

I acknowledge and understand that I may have access to confidential information regarding employees and/or customers. In addition, I acknowledge and understand that I may have access to proprietary or other confidential information business information belonging to the **Office of the State Inspector General**. Therefore, except as required by law, I agree that I will not:

- Access data that is unrelated to my job duties at **Office of the State Inspector General**.
- Disclose to any other person, or allow any other person access to, any information related to **Office of the State Inspector General** that is proprietary or confidential and/or pertains to employees and/or customers. Disclosure of information includes, but is not limited to, verbal discussions, FAX transmissions, electronic mail messages, voice mail communication, written documentation, "loaning" computer access codes, and/or another transmission or sharing of data.

I understand that **Office of the State Inspector General** and its employees and/or customers, staff or others may suffer irreparable harm by disclosure of proprietary or confidential information and that **Office of the State Inspector General** may seek legal remedies available to it should such disclosure occur. Further, I understand that violations of this agreement may result in disciplinary action, up to and including, my termination of employment.

_Jennifer Meschett_    2-10-2020
Employee Signature       Date