IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JENNIFER MOSCHETTI,                     )
                                        )
                    Plaintiff,          )
                                        )
v.                                      )        Civil Action No. 3:22-cv-24–HEH
                                        )
OFFICE OF THE INSPECTOR                 )
GENERAL, *et al.*,                      )
                                        )
                    Defendants.         )

## ORDER
### (Granting and Denying Motion to Dismiss in Part; Denying Motion to Strike as Moot)

THIS MATTER is before the Court on Defendants' Motion to Dismiss filed on

May 20, 2022. (Mot., ECF No. 18.) For the reasons set forth in the accompanying

Memorandum Opinion, the Court resolves the Motion as follows:

1. As to Counts I, IV, and V, Defendants' Motion to Dismiss is GRANTED.

2. As to Counts II and III, Defendants' Motion to Dismiss is DENIED.

3. As to Count VI, Defendants' Motion to Dismiss is GRANTED IN PART and
   DENIED IN PART. The allegations against Defendants Michael Westfall and
   Kate Hourin are dismissed. The allegations against Defendant Brian Moran shall
   remain. The allegations relating to Defendant Clark Mercer's "political ploy"
   comment are dismissed, but the allegations relating to his "lack of objectivity"
   comment shall remain.

4. There being no Counts in the Amended Complaint remaining against them,
   Defendants Kate Hourin, the Office of the Inspector General, and the
   Commonwealth of Virginia are TERMINATED from the case.

Plaintiff also filed a Motion to Strike Exhibit 1 attached to Defendants' Reply to

the Motion to Dismiss on June 17, 2022.  Because the Court has now resolved the Motion

to Dismiss, the Motion to Strike (ECF No. 25) is DENIED AS MOOT.

The Clerk is DIRECTED to send a copy of this Order and the accompanying

Memorandum Opinion to all counsel of record.

It is so ORDERED.

                                                         /s/
_____
                                           Henry E. Hudson
                                           Senior United States District Judge

Date: **August 11, 2022**
Richmond, Virginia