IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JENNIFER MOSCHETTI, ) | |
| *Plaintiff*, ) | |
| v. ) | Civil Action No.: 3:22-cv-24-HEH |
| ) | |
| OFFICE OF THE INSPECTOR ) | |
| GENERAL, *et al.*,[1] ) | |
| *Defendants*. ) | |

## ORDER

Upon consideration of Defendants Michael C. Westfall, Clark Mercer, and Brian Moran's Consent Motion for an Extension of Time to Respond to Plaintiff's Amended Complaint, and with the consent of Plaintiff Jennifer Moschetti, and for good cause shown, it is hereby

ORDERED, ADJUDGED and DECREED, that Defendants Michael C. Westfall, Clark Mercer, and Brian Moran shall have until **September 15, 2022** to file a response to the Amended Complaint filed by Plaintiff, unless otherwise ordered by the Court.

IT IS SO ORDERED.

This the **24th** day of **August**, 2022.

ENTERED:

/s/
United States District Court Judge

---

[1] By Order dated August 11, 2022, and for the reasons stated in the corresponding Memorandum Opinion issued on the same day, the Court dismissed the Commonwealth of Virginia, the Office of the Inspector General ("OSIG"), and Kate Hourin—OSIG's Communication Director—as Defendants in this case. (*See* ECF Nos. 32 and 33.)