IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JENNIFER MOSCHETTI,                )
                                   )
                  Moschetti,       )
                                   )
v.                                 )    Civil Action No. 3:22-cv-24–HEH
                                   )
OFFICE OF THE INSPECTOR            )
GENERAL, et al.,                   )
                                   )
                  Defendants.      )

**ORDER**
**(Granting Summary Judgment)**

THIS MATTER is before the Court on Defendant Michael C. Westfall's ("Westfall") Motion for Summary Judgment (the "Westfall Motion for Summary Judgment," ECF No. 97), Defendants Clark Mercer ("Mercer") and Brian Moran's ("Moran") (collectively, "Defendants") Motion for Summary Judgment (the "Mercer Motion for Summary Judgment," ECF No. 99), both filed on September 11, 2024, and Defendants' Motion for Discovery and Spoilation Sanctions (the "Motion for Sanctions," ECF No. 95) and subsequent Notice of Withdrawal of Defendants' Motion Sanctions (ECF No. 115), filed on September 11, 2024, and October 11, 2024, respectively. For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that Defendants' Motions for Summary Judgment (ECF Nos. 97, 99) are GRANTED. Plaintiff Jennifer Moschetti's Amended Complaint (ECF No. 16) is DISMISSED WITH PREJUDICE. Defendants' Motion for Sanctions (ECF No. 95) is deemed WITHDRAWN.

Consequently, this Order is final and appealable. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022). Should Plaintiff desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

This case is CLOSED.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: November 26, 2024
Richmond, Virginia